**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number:

Leticia Magana and Gerardo Magana, Plaintiffs,
v.
Karl Berger, Dino Vitalo, Unknown Cicero Police Officers and Town of Cicero, an Illinois Municipal Corporation, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leticia Magana and Gerardo Magana

**07CV6651**
**JUDGE GRADY**
**MAG. JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print)<br>John R. DeLeon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John R DeLeon | |
| FIRM<br>John R. DeLeon | FILED |
| STREET ADDRESS<br>53 W. Jackson Blvd., Ste. 1430 | NOV 27 2007 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06079224 | TELEPHONE NUMBER<br>(312) 347-0024 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑ APPOINTED COUNSEL ☐