Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LETICIA MAGANA and GERARDO MAGANA, ) ) ) Plaintiffs, ) ) v. ) ) KARL BERGER, DINO VITALO ) UNKNOWN CICERO POLICE ) OFFICERS, and THE TOWN OF CICERO, ) An Illinois Municipal Corporation, ) ) Defendants. ) | No. 07 C 6651 Judge Guzman |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD

The Town of Cicero (the "Town") by and through its attorney, K. Austin Zimmer of Del Galdo Law Group, LLC, respectfully moves this Honorable Court to extend the time for the individual defendant officers ("defendant officers") to file their respective Answers or to otherwise plead, thirty days, until March 17, 2008. In support of its motion, the Town states as follows:

The Town is in the process of attempting separate counsel for the defense of the defendant officers. However, the Town has not officially completed this process. Therefore, defendant officers have not had the opportunity to meet with their own lawyers for this case. Therefore, the Town respectfully requests this Honorable Court to extend the time for defendant officers to file their respective Answers or to otherwise plead until March 17, 2008, which will give the defendant officers an opportunity to be represented by their own and separate counsel.

Furthermore, no prejudice or delay will be caused if this Motion is granted. The Town intends to file is Answer to Plaintiff's Complaint on February 15, 2007. Also, the Town and Plaintiff can initiate discovery prior to the involvement of the defendant officers.

WHEREFORE, the Town respectfully requests that the defendant officers be allowed until March 17, 2008 to answer or otherwise plead.

Respectfully submitted,

Del Galdo Law Group, LLC

By:  <u>s/ K. Austin Zimmer</u>
    K. Austin Zimmer

K. Austin Zimmer (#6276227)
Del Galdo Law Group, LLC
10526 W. Cermak Road, Suite 300
Westchester, Illinois 60154
708-531-8800