IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LETICIA MAGANA and GERARDO MAGANA, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 07 C 6651 |
| KARL BERGER, DINO VITALO ) UNKNOWN CICERO POLICE ) OFFICERS, and THE TOWN OF CICERO, ) An Illinois Municipal Corporation, ) ) | Judge Guzman |
| Defendants. ) | |

## NOTICE OF FILING

To: Leo T. McGonigal
53 W. Jackson Blvd., Suite 1430
Chicago, Il 60604

PLEASE TAKE NOTICE that on February 15, 2008, the Town of Cicero filed with the Clerk of the United States District Court, Eastern Division, its THE TOWN OF CICERO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT.

                                                     s/ K. Austin Zimmer
                                                     K. Austin Zimmer, Esq., One of the
                                                     Attorneys for the Town of Cicero

K. Austin Zimmer, Esq. #6276227
DEL GALDO LAW GROUP, LLC
10526 W. Cermak Road, Suite 300
Westchester, IL 60154
Tel. (708) 531-8800



## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on February 15, 2008.

                                              <u>s/ K. Austin Zimmer</u>
                                              K. Austin Zimmer, Esq.