## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Leticia Magana, et al.
                              Plaintiff,

v.                                                       Case No.: 1:07−cv−06651
                                                       Honorable Ronald A. Guzman

Karl Berger, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion for extension of time to answer [14] is granted to and including 3/17/08. Status hearing held on 2/15/2008. Rule 26 (a)(1) disclosures by 3/31/2008. Amended pleadings and joinder of parties by 6/30/2008. Fact discovery ordered closed by 8/29/2008. Status hearing set for 9/3/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.