IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LETICIA MAGANA and GERARDO MAGANA,<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KARL BERGER, DINO VITALO<br>UNKNOWN CICERO POLICE OFFICERS,<br>and THE TOWN OF CICERO, An<br>Illinois Municipal Corporation,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>) No. 07 C 6651<br>)<br>) Judge Guzman<br>) Magistrate Judge Schenkier<br>)<br>)<br>) Plaintiff demands trial by jury. |

FILED
FEB 1 3 2008
2-13-2008
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

### Report of Parties Planning Meeting

Plaintiffs Leticia Magana and Gerardo Magana, by one of their attorneys, Leo T. McGonigal, and Defendant Town of Cicero, by one of its attorneys, K. Austin Zimmer, submit the following as their Report of Parties Planning Meeting pursuant to F.R. Civ. P. 26(a):

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on February 12, 2008 via teleconference and was attended by Leo T. McGonigal, for plaintiffs, and:

Leo T. McGonigal, for plaintiffs,
K. Austin Zimmer, for defendant Town of Cicero
defendants Karl Berger and Dino Vitalo are not yet represented, although waivers of service were executed on behalf of each of them in December, 2007.

2. Pre-Discovery Disclosures. The parties will exchange by March 15, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: individual and municipal liability, compensatory damages, punitive damages.

All discovery commenced in time to be completed by December 15, 2008.

Maximum of 25 interrogatories by each party to any other party. Responses due 28 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 28 days after service.

Maximum of 15 depositions by plaintiff(s) and 15 by defendant(s).
Each deposition limited to maximum of 3 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:
from plaintiff(s) by January 15, 2009, and from defendant(s) by February 15, 2009.

Supplementations under Rule 26(e) due October 15, 2008.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in December, 2008.

Plaintiff(s) should be allowed until October 15, 2008 to join additional parties and until October 15, 2008 to amend the pleadings.

Defendant(s) should be allowed until April 15, 2008 to join additional parties and until October 15, 2008 to amend the pleadings.

All potentially dispositive motions should be filed by March 31, 2009.

Settlement cannot be evaluated prior to June 1, 2008.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
from plaintiff(s) by March 31, 2009; from defendant(s) by March 31, 2009.

Parties should have 28 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by May 1, 2009 and at this time is expected to take approximately ten days.

Date: February 13, 2008

Leo T. McGonigal
53 W. Jackson Blvd.
Chicago, IL 60604
312-427-6226
Attorney for Plaintiffs

/s/

K. Austin Zimmer
10526 Cermak Road
Westchester, IL 60154
708-531-8800
Attorney for Defendant Cicero