## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LETICIA MAGANA and GERARDO MAGANA, ) ) ) | |
|     Plaintiffs ) ) | |
| v. ) ) | No.    07 C 6651 |
| KARL BERGER, DINO VITALO, UNKNOWN CICERO POLICE OFFICERS and THE TOWN OF CICERO, An Illinois Municipal Corporation, ) ) ) ) ) | Judge Guzman |
|     Defendants. ) | |

### NOTICE OF FILING

To:   K. Austin Zimmer
       Del Galdo Law Group, LLC
       10526 W. Cermak Rd., Ste. 300
       Westchester, IL  60154

    PLEASE TAKE NOTICE that on May 16, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois:  RESPONSE TO DEFENDANTS BERGER AND VITALO'S AFFIRMATIVE DEFENSES.

    /s/_____
       Leo T. McGonigal

### PROOF OF SERVICE

The undersigned being first duly sworn on oath deposes and says that a copy of this Notice was mailed together with a copy of the foregoing documents to each party to whom it is directed on the 16th day of May**, 2008**.

                        /s/_____
                            Leo T. McGonigal

LEO T. McGONIGAL
53 W. Jackson Blvd.
Suite 1430
Chicago, IL  60604
312-427-6226