IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LETICIA MAGANA and GERARDO MAGANA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07 C 6651 |
| | ) |
| KARL BERGER, DINO VITALO UNKNOWN CICERO POLICE OFFICERS, and THE TOWN OF CICERO, An Illinois Municipal Corporation, | ) Judge Guzman ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**TO:**  Leo T. McGonigal
53 W. Jackson Blvd., Suite 1430
Chicago, Il 60604

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that I caused this notice and **Additional Rule 26 Initial Disclosures By The Town of Cicero** to be served upon the above-named party by [X] addressing a copy to the above-named and depositing the same in the U.S. Mail at 10526 W. Cermak Road, Westchester, IL 60154, with proper postage paid; [ ] hand delivering a copy personally or via a messenger to the address listed above; [ ] transmitting via a facsimile to the number listed above, on August 19, 2008, before 5:00 p.m.

/s K. Austin Zimmer
K. Austin Zimmer Esq.

DEL GALDO LAW GROUP, LLC
Attorney No. 6276227
10526 W. Cermak Road, Suite 300
Westchester, IL 60154
Tel. (708) 531-8800
Fax. (708) 531-8801