## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LETICIA MAGANA and GERARDO MAGANA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6651 |
| KARL BERGER, DINO VITALO UNKNOWN CICERO POLICE OFFICERS, and THE TOWN OF CICERO, An Illinois Municipal Corporation, | ) ) ) ) ) ) | Judge Guzman |
| Defendants. | ) | |

## AGREED MOTION TO EXTEND FACT DISCOVERY

The parties, by and through their attorneys K. Austin Zimmer and Leo T. McGonigal respectfully move this Court to extend fact discovery:

1.    Previously, this Court entered a deadline to complete fact discovery of August 29, 2008.

2.    The parties have exchanged written discovery and both sides have nearly completed answering interrogatories and requests to produce.  Several depositions have been taken, including most of the party depositions. However, several depositions still need to be completed.

3.    The parties apologize for their delay and do not anticipate seeking another extension.  Certain professional commitments of both lead attorneys have lead to this delay.  Specifically, counsel for the defendants was on trial before the Honorable Judge James McCarthy for three (3) weeks in June and July.

WHEREFORE, the parties respectfully request that fact discovery be extended two (2) months, until October 29, 2008.


Respectfully submitted,

Del Galdo Law Group, LLC

/s/ K. Austin Zimmer
K. Austin Zimmer, Esq.,

K. Austin Zimmer
DEL GALDO LAW GROUP, LLC
Attorney No.  6276227
10526 W. Cermak Road, Suite 300
Westchester, IL 60154
Tel. (708) 531-8800


Leo T. McGonigal, Attorney at Law

/s/ Leo T. McGonigal
Leo T. McGonigal
Attorney No. 1840800
53 W. Jackson Blvd., Suite 1430
Chicago, Il 60604
Tel. (312) 427-6226