THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LETICIA MAGANA and GERARDO MAGANA, ) ) ) Plaintiffs, ) ) v. ) ) KARL BERGER, DINO VITALO ) UNKNOWN CICERO POLICE ) OFFICERS, and THE TOWN OF CICERO, ) An Illinois Municipal Corporation, ) ) Defendants. ) | No. 07 C 6651<br><br>Judge Guzman |

## NOTICE OF MOTION

To: Leo T. McGonigal
53 W. Jackson Blvd., Suite 1430
Chicago, Il 60604

**PLEASE BE NOTIFIED** that on September 3, 2008, at 9:30, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman, in Room 1219, or before any judge sitting in his stead, in said courtroom usually occupied by him, at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present, **AGREED MOTION TO EXTEND FACT DISCOVERY**, a copy of which is attached hereto.

s/ *K. Austin Zimmer*
K. Austin Zimmer, Esq., One of the
Attorneys for the Town of Cicero

K. Austin Zimmer, Esq. #6276227
DEL GALDO LAW GROUP, LLC
10526 W. Cermak Road, Suite 300
Westchester, IL 60154
Tel. (708) 531-8800

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on August 29, 2008.

*s/ K. Austin Zimmer*
K. Austin Zimmer, Esq.
