UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Leticia Magana, et al.
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06651
                                                Honorable Ronald A. Guzman

Karl Berger, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 9/3/2008. Motion by Defendants Karl Berger, Dino Vitalo, Unknown Cicero Police Officers, Town of Cicero for extension of time to complete fact discovery [26] is granted to and including 10/1/08. Final extension. Status hearing held on 9/3/2008. Status hearing set for 10/9/2008 at 09:30 AM. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.